**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert T. Waggner　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 25-15202 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
29 Dec 2025, 14:37:16, EST

　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　(215) 627-1322

Document ID: 4118c6c04a9b7e871e292627de4a77cf7efdae462273588d2a14ba4e7c0ce374