IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-15202 |
| **Robert T. Waggner** | : | Chapter 13 |
| | : | Judge Derek J. Baker |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | Related Document # |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for KeyBank, NA, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-001076_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :  Case No.: 25-15202 |
| Robert T. Waggner | :  Chapter 13 |
| | :  Judge Derek J. Baker |
| Debtor(s) | :  * * * * * * * * * * * * * * * * * * * |
| | : |
| | :  Related Document # |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Robert T. Waggner, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert T. Waggner, 1124 Fillmore Street, Philadelphia, PA  19124

/s/ Adam B. Hall

26-001076_PS