**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 25-15202** |
| **Robert T. Waggner** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Robert T. Waggner** | : | Date and Time of Hearing |
| **Kenneth E. West** | : | _____ |
| **Movant,** | : | |
| vs | : | Related Document No. 2 |
| | : | |
| **KeyBank, NA** | : | |
| **Respondents.** | : | |

**<u>OBJECTION OF KEYBANK, NA TO THE CONFIRMATION OF THE PLAN</u>**
**<u>(DOCKET NUMBER 2)</u>**

KeyBank, NA ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Robert T. Waggner ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 1124 Fillmore St, Philadelphia, PA 19124 ("Property").

2. Creditor intends to file a Proof of Claim in the amount of $32,871.43. This amount includes a pre-petition arrearage in the amount of $11,064.24.

3. Debtor's Plan does not provide for the arrearage due on Creditor's claim.

4. At this time, Creditor has not offered a permanent loan modification agreement to Debtor.

26-000456_ABH

5. Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-000456_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-15202 |
| Robert T. Waggner | : | Chapter 13 |
| | : | Judge Derek J. Baker |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Robert T. Waggner | : | Date and Time of Hearing |
| Kenneth E. West | : | _____ |
| Movant, | : | |
| | : | Related Document No. 2 |
| vs | : | |
| | : | |
| KeyBank, NA | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of KeyBank, NA to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Robert T. Waggner, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert T. Waggner, 1124 Fillmore Street, Philadelphia, PA  19124

/s/ Adam B. Hall

26-000456_ABH