MONTHLY FINANCIAL REPORT - BUSINESS

Debtor Name: _Robert Wagner_
Case No.: _25 - 15 - 262_
Business Name: _Momma Rose_
For the Month & Year: _2 - 1 - 2026_

**Business Income:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 2200 |
| (2) | Other | $ 1550 |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $ 3750 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $ 115 |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other | $ 1000 |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | Total Actual Business Expenses Paid Out (Sum Lines 5-16) | $ 1115 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $ 2635 |
| (18) | Net Wages from Regular Employment-Debtor | $ 1630 |
| (19) | Net Wages from Regular Employment-Spouse | $ |
| (20) | Amount Carried over from Last Month | $ |
| (21) | Net Monthly Income (Sum Lines 17-20) | $ 4265 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage. | $ 2664 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ 94 |
| (25) | Telephone | $ 55 |
| (26) | Food | $ 300 |
| (27) | Other | $ 100 |
| (28) | Household Expenses (maintenance & up-keep) | $ 156 |
| (29) | Medical and Dental | $ 20.00 |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $ 333 |
| (32) | Other | $ 150 |
| (33) | Total Actual Personal Expenses Paid (Sum Lines 22-32) | $ 3866 |
| (34) | Gross Excess Income (Line 21 Minus Line 33) | $ 399 |
| (35) | Monthly Chapter 13 Plan Payment | $ 1600 |
| (36) | Net Excess Income (Line 34 Minus 35) | $ 399 |

*Carry amount on Line 35 to next month Line 20*

EXHIBIT D