## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor Name: *Robert Waggner*

Case No.: *25- 15202*

I, *Robert Waggner*, being of full age and duly sworn upon my oath depose(s) and say(s):

1. I am the business debtor(s) in the above referenced matter.
2. I have completed and attached a Monthly Financial Report for the month of *Feburary*, 20 *26*.
3. All the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date:

_____
, Debtor