**Fill in this information to identify your case**

| | |
|---|---|
| Debtor 1 | **Robert T. Waggner** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Key Bank** | Describe the property that secures the claim: | **$128,867.04** | **$67,440.00** | |
| Creditor's Name | **2637 N. 8th Street Philadelphia, PA 19133  Philadelphia County** = | | | |
| **4910 Tiedeman Road Attn:  Bankruptcy Dept. Cleveland, OH 44144-2338** | **As of the date you file, the claim is:** Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) | | | |
| Date debt was incurred  **12-2022** | Last 4 digits of account number  **8475** | | | |

| | | | | |
|---|---|---|---|---|
| **2.2** **Key Bank** | Describe the property that secures the claim: | **$32,871.43** | **$248,880.00** | **$0.00** |
| Creditor's Name | **1124 Fillmore Street Philadelphia, PA 19124  Philadelphia County** | | | |
| **4910 Tiedeman Road Attn:  Bankruptcy Dept. Brooklyn, OH 44144** | **As of the date you file, the claim is:** Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit   880 | | | |
| ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) | | | |
| Date debt was incurred  **6-22** | Last 4 digits of account number  **0299** | | | |

Official Form 106D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 3

Debtor 1   **Robert T. Waggner**

     First Name           Middle Name           Last Name

Case number (if known) _____

---

**2.3** | **Key Bank** | | | **$28,895.34** | **$248,880.00** | **$0.00**

Creditor's Name

**Describe the property that secures the claim:**

> **1124 Fillmore Street Philadelphia, PA 19124  Philadelphia County**

**4910 Tiedeman Road
Attn:  Bankruptcy Dept.
Brooklyn, OH 44144-2338**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   **2-2022**

**Last 4 digits of account number**   **0284**

---

**2.4** | **Key Bank** | | | **55,921.80** | **$92,640.00** | **$0.00**

Creditor's Name

**Describe the property that secures the claim:**

> **1611 W. Wyoming Ave. Philadelphia, PA 19140  Philadelphia County**

**4910 Tiedeman Road
Attn:  Bankruptcy Dept.
Brooklyn, OH 44144-2338**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   _____

**Last 4 digits of account number**   **5200**

---

**2.5** | **M & T Mortgage** | | | **$189,845.00** | **$248,880.00** | **$0.00**

Creditor's Name

**Describe the property that secures the claim:**

> **1124 Fillmore Street
> Philadelphia, PA 19124**

**One Fountain Plaza, 6th
Floor
Attn:  Bankruptcy Dept.
Buffalo, NY 14203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

92,640

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   _____

**Last 4 digits of account number**   **0348**

---

Debtor 1   **Robert T. Waggner**

Case number (if known) _____

First Name          Middle Name          Last Name

| 2.6 | **Navy Federal Credit Union** | Describe the property that secures the claim: | $45,000.00 | $22,220.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2022 Jeep Cherokee**

**P.O. BOX 3500
Attn:  Bankruptcy Dept.
Merrifield, VA 22119-3500**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   **1926**

| 2.7 | **One Main Financial** | Describe the property that secures the claim: | $15,000.00 | $6,510.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2011 Mercedes Benz**

**601 W. Second Street
Attn:  Bankruptcy Dept.
Evansville, IN 47708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **10-2023**

Last 4 digits of account number   **9108**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$521,175.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$521,175.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.