UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                            : CHAPTER 13
    Robert T. Waggner                         :
                                  :
          Debtor(s)                         : NO.   25-15202 djb


## CERTIFICATION OF NOTICE

    I, **MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that the Amended Chapter 13 Plan was served on May 4, 2026,  on all creditors, by Court- generated ECF notice and/or served a copy by first class mail,  to the following:**


**Frederic J. Baker, Esquire**               **ECF Notice and e-mail**
**Asst. U.S. Trust**                         **USTPRegion03.PH.ECF@usdoj.gov**

 **Kenneth E. West**                         **ecfmails@ph13trustee.com**

 **Adam B. Hall, Esquire**                    **ABHall@mdklegal.com**
 **Attorney for Key Bank, N.A.**

 **Matthew Fissel, Esquire**                 **matthewfissel@kmllawgroup.com**
 **Attorney for M & T Bank**

**The following creditors were sent the Amended  Chapter 13 Plan by first class mail:**

**U.S. Department of Housing and Urban Development**
**801 Market Street, 12th Floor**
**Philadelphia, PA 19107**

**P.G.W.**
**800 W. Montgomery Ave., #3F**
**Philadelphia, PA 19122**

**Midland Credit Management, Inc.**
**P.O. BOX 2037**
**Attn: Bankruptcy Dept.**
**Warren, MI 48090**

**One Main Financial Group, LLC**
**P.O. BOX 3251**
**Evansville, IN 47731**

**Nordstrom, Inc.**
**Jefferson Capital Systems, LLC, Assignee**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**Kashable, LLC**
**489 5th Ave., Floor 18**
**Attn: Bankruptcy Dept.**
**New York, NY 10017-6127**

**Navy Federal Credit Union**
**P.O. BOX 3000**
**Merrifield, VA 22119-3000**

**Robert T. Waggner**
**1124 Fillmore St.**
**Philadelphia, PA 19124**

**5-4-2026**                                      **/s/ MICHAEL A. LATZES**
                                                 **MICHAEL A. LATZES, ESQUIRE**
                                                 **Attorney for Debtor**
                                                 **1528 Walnut Street, Suite 710**
                                                 **Philadelphia, PA 19102**
                                                 **(215) 545-0200**
                                                 **Attorney I.D. 34017**