**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-15202** |
| **Robert T. Waggner** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **KeyBank, NA** | : | **Related Document # 20** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Robert T. Waggner** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN
(DOCKET NO. 20)**

Now comes KeyBank, NA ("Creditor") by and through counsel, and hereby withdraws its

Objection to Confirmation of Plan which was filed in this Court on March 3, 2026. The

Objection to Confirmation of Plan needs to be withdrawn because Debtor filed an amended plan

on May 4, 2026 at docket 27.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-000352_KJB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-15202** |
| **Robert T. Waggner** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **KeyBank, NA** | : | **Related Document # 20** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Robert T. Waggner** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of

Objection to Confirmation of Plan (Docket No. 20) was filed electronically.  Notice of this filing

will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Robert T. Waggner, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Robert T. Waggner, 1124Fillmore Street, Philadelphia, PA  19124

/s/ Adam B. Hall

26-000352_KJB