UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Robert T. Waggner | : |
| | : |
|    Debtor(s) | : NO.   25-15202 djb |

## CERTIFICATION OF NOTICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that Debtor's Second Amended Chapter 13 Plan was served on June 22, 2026,  on all creditors, by Court- generated ECF notice and/or served a copy by  first class mail,  to the following:

| | |
|---|---|
| Frederic J. Baker, Esquire<br>Asst. U.S. Trust | ECF Notice and e-mail<br>USTPRegion03.PH.ECF@usdoj.gov |
| Kenneth E. West, Trustee | ecfemails@ph13trustee.com |
| Matthew K. Fissel, Esquire<br>Attorney for M & T Bank | Matthew.fissel@brockandscott.com |
| Adam Bradley Hall, Esquire<br>Attorney for Key Bank | amps@manleydeas.com |

The following creditors were sent the Chapter 13 Plan by first class mail:

U.S. Department of Housing and Urban Dev.
801 Market Street, 12th floor
Philadelphia, PA 19107

P.G.W.
800 W. Montgomery Ave., 3F
Attn: Bankruptcy Dept.
Philadelphia, PA 19122

**KeyBank, NA**
**Bankruptcy Dept., OH-01-51-9999**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**

**Midland Credit Management, Inc.**
**P.O. BOX 2037**
**Attn: Bankruptcy Dept.**
**Warren, MI 48090**

**One Main Financial Group, LLC**
**P.O. BOX 3251**
**Attn: Bankruptcy Dept.**
**Evansville, IN 47731**

**Nordstrom, Inc.**
**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**Attn: Bankruptcy Dept.**
**St. Cloud, MN 56302-9617**

**Kashable, LLC**
**489 5th Ave., 18th Floor**
**Attn: Bankruptcy Dept.**
**New York, NY 10017-6127**

**Navy Federal Credit Union**
**P.O. Box 3000**
**Attn: Bankruptcy Dept.**
**Merrifield, VA 22119-3000**

**Pamela Thurmond, Esquire**
**City of Philadelphia Law Dept.**
**Tax Litigation and Collections Unit**
**1401 John F. Kennedy Blvd., 5th Floor**
**Philadelphia, PA 19102**

**Robert Waggner**
**1124 Fillmore Street**
**Philadelphia, PA 19124**

**6-22-26**                                     **/s/ MICHAEL A. LATZES**
                                     **MICHAEL A. LATZES, ESQUIRE**
                                     **Attorney for Debtor**
                                     **1528 Walnut Street, Suite 710**
                                     **Philadelphia, PA 19102**
                                     **(215) 545-0200**
                                     **Attorney I.D. 34017**