United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-15202-djb
Robert T. Waggner Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: 155 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert T. Waggner, 1124 Fillmore Street, Philadelphia, PA 19124-2927 |
| 15086588 | | Cristina L. Connor, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15086593 | | Kimberly J Hong, Esquire, MDK Legal, P.O. BOX 165028, Columbus, OH 43216-5028 |
| 15086595 | + | Mariah C. Parker, 2637 N. 8th Street, Philadelphia, PA 19133-1917 |
| 15086599 | + | TD Cash Bank NA, P.O. BOX 84037, Attn: Bankruptcy Dept., Columbus, GA 31908-4037 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15157339 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq, Phila Law Dept, Muni Svcs Bldg, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 15151573 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15086589 | | Email/Text: bankruptcy@kashable.com | Aug 14 2026 01:48:00 | Kashable, LLC, 489 5th Ave., Floor 18, Attn: Bankruptcy Dept, New York, NY 10017-6127 |
| 15086591 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2026 01:48:00 | Key Bank, 4910 Tiedeman Road, Attn: Bankruptcy Dept., Brooklyn, OH 44144-2338 |
| 15086590 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2026 01:48:00 | Key Bank, 4910 Tiedeman Road, Attn: Bankruptcy Dept., Cleveland, OH 44144-2338 |
| 15121744 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2026 01:48:00 | KeyBank, NA, Bankruptcy Dept, OH-01-51-9999, 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 15091362 | | Email/Text: amps@manleydeas.com | Aug 14 2026 01:48:00 | KeyBank, NA, c/o Adam B. Hall, Esq, P O Box 165028, Columbus, OH 43216-5028 |
| 15092431 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2026 01:48:00 | KeyBank, NA, c/o KeyBank N.A., Bankruptcy Dept, OH-01-51-9999, 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 15086594 | + | Email/Text: camanagement@mtb.com | Aug 14 2026 01:48:00 | M & T Mortgage, One Fountain Plaza, 6th Floor, Attn: Bankruptcy Dept., Buffalo, NY 14203-1420 |
| 15098929 | | Email/Text: camanagement@mtb.com | Aug 14 2026 01:48:00 | M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 15088099 | ^ | MEBN | Aug 14 2026 01:44:10 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15086596 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 01:48:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, Attn: Bankruptcy Dept., San Diego, CA 92123-2255 |
| 15100412 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 01:48:00 | Midland Credit Management, Inc., PO Box 2037, |

| | | | | |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 15086597 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2026 01:49:00 | Navy Federal Credit Union, P.O. BOX 3500, Attn: Bankruptcy Dept., Merrifield, VA 22119-3500 |
| 15109789 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2026 01:49:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15105209 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 01:49:00 | Nordstrom, Inc., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15086598 | + | Email/PDF: cbp@omf.com | Aug 14 2026 01:49:34 | One Main Financial, 601 W. Second Street, Attn: Bankruptcy Dept., Evansville, IN 47708-1013 |
| 15100531 | + | Email/PDF: cbp@omf.com | Aug 14 2026 01:49:34 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15090807 | ^ | MEBN | Aug 14 2026 01:43:59 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15086847 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 14 2026 01:49:28 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15086592 | * | Key Bank, 4910 Tiedeman Road, Attn: Bankruptcy Dept., Brooklyn, OH 44144-2338 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor KeyBank NA amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Robert T. Waggner efiling@mlatzes-law.com |

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Robert T. Waggner | ) | Case No. 25−15202−djb |
| Debtor(s). | ) | Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 13, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court