UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Robert T. Waggner** | **:** |
| | **:** |
| **Debtor(s)** | **: NO. 25-15202 djb** |

## CERTIFICATION OF NOTICE

**I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that the Amended Notice to the Application to Approve Settlement and Affidavit was served October 5, 2026, on all creditors, by Court- generated ECF notice and/or served a copy by first class mail, to the following:**

| | |
|---|---|
| **Frederic J. Baker, Esquire**<br>**Asst. U.S. Trust** | **ECF Notice and e-mail**<br>**USTPRegion03.PH.ECF@usdoj.gov** |
| **Kenneth E. West** | **ecfmails@ph13trustee.com** |
| **Adam B. Hall, Esquire**<br>**Attorney for Key Bank, N.A.** | **ABHall@mdklegal.com** |
| **Matthew Fissel, Esquire**<br>**Attorney for M & T Bank** | **matthewfissel@kmllawgroup.com** |
| **Pamela Elchert Thurmond**<br>**Attorney for the City of Phila.** | **Pamela.Thurmond@phila.gov** |

**The following creditors were sent by first class mail:**

**U.S. Department of Housing and Urban Development**
**801 Market Street, 12th Floor**
**Philadelphia, PA 19107**

**P.G.W.**
**800 W. Montgomery Ave., #3F**
**Philadelphia, PA 19122**

**Midland Credit Management, Inc.**
**P.O. BOX 2037**
**Attn: Bankruptcy Dept.**
**Warren, MI 48090**

**One Main Financial Group, LLC**
**P.O. BOX 3251**
**Evansville, IN 47731**

**Nordstrom, Inc.**
**Jefferson Capital Systems, LLC, Assignee**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**Kashable, LLC**
**489 5th Ave., Floor 18**
**Attn: Bankruptcy Dept.**
**New York, NY 10017-6127**

**Navy Federal Credit Union**
**P.O. BOX 3000**
**Merrifield, VA 22119-3000**

**Robert T. Waggner**
**1124 Fillmore St.**
**Philadelphia, PA 19124**

**10-5-2026**

**/s/ MICHAEL A. LATZES**

**MICHAEL A. LATZES, ESQUIRE**
**Attorney for Debtor**
**1528 Walnut Street, Suite 710**
**Philadelphia, PA 19102**
**(215) 545-0200**
**Attorney I.D. 34017**