UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| Robert T. Waggner | : |
| Debtor | : |
| | : NO. 25-15202 djb |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed and served a Notice and Application of Debtor, Robert T. Waggner to Approve Settlementt on October 2, 2026 with the United States Bankruptcy Court and sent notice via first class mail or electronically to all creditors listed on the Certificate of Service.

Counsel certifies that more than fifteen (15) days have elapsed since the serving of said notice and there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore requests that this court allow Debtor's request to enter an Order approving settlement.

10-19-2026
Date

/s/ MICHAEL A. LATZES

MICHAEL A. LATZES, ESQUIRE
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
(215) 545-0200 (Phone)
(215) 545-0668 (Fax)