UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Robert T. Waggner | : | |
| Debtor | : | |
| | : | NO: 25-15202 djb |

**ORDER AUTHORIZING SETTLEMENT**

**AND NOW,** this day of ,2026, upon consideration of the Application to Approve Settlement of the personal injury action filed on behalf of the Debtor, being satisfied that this settlement is in the best interest of the estate, it is

**ORDERED,** that settlement in the amount of Eight Thousand ($8,000.00) Dollars is hereby approved and Debtor's personal injury attorney is authorized to deduct his legal fee of Three Thousand Two Hundred ($3,200.00) Dollars, legal costs of Ninety Nine ($99.65) Dollars and sixty five cents and reimbursement of outstanding compromised medical expenses of Three Thousand Four Hundred Fifty ($3,450.00) Dollars. The remaining balance of Twelve Hundred Fifty ($1,250.35) Dollars and thirty five cents, will be paid to Debtor.

**Date: October 28, 2026**

Honorable Derek J. Baker J.